IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL WEST                                                                                    PLAINTIFF

VS.                                        CASE NO. 06-CV-4020

CITY OF TEXARKANA, ARKANSAS and
JOHN VAN METER (Individually and in his official
capacity as a Police Officer of the City of Texarkana)                              DEFENDANTS

## ORDER

     Before the Court is a Motion for Partial Summary Judgment on Behalf of separate Defendants Texarkana, Arkansas, and John Van Meter in his official capacity as police officer of the City of Texarkana. (Doc. 11-1). Plaintiff Michael West has responded. (Doc. 14). Defendants have replied to Plaintiff's response. (Doc. 16). For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendants' Motion for Partial Summary Judgment should be and hereby is **GRANTED**. Plaintiff's claims against Defendants City of Texarkana, Arkansas, and John Van Meter in his official capacity are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's claims against John Van Meter individually are unaffected by this Order.

     **IT IS SO ORDERED**, this 30th day of March, 2007.

                                                                                       /s/ Harry F. Barnes
                                                                                   Hon. Harry F. Barnes
                                                                                    United States District Judge